U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
6/16/2026
Hon. Robert D. Berger, Presiding

09:30 AM

_____

Case Information:

26-20600 Mark Eugene Paul, Sr and Reba Simone Paul   Chapter: 13

Judge: RDB     Filed: 04/20/2026        Pln Confirmed:

_____

Appearances:
- ✓ David L. Dean representing Mark Eugene Paul Sr  (Debtor)
- ✓ David L. Dean representing Reba Simone Paul  (Joint Debtor)
- ✓ Teresa L. Arnold for Trustee


_____

Issue(s):

[8]  Meeting of Creditors & Notice of Appointment of Trustee William H Griffin to be held on 5/20/2026 at 09:00 AM at Zoom - Griffin: Meeting ID 403 181 5801, Passcode 3057555912, Phone 1-913-342-2936. Confirmation Hearing to be Held on 6/16/2026 at 09:30 AM at Kansas City Courtroom 151.  Autogenerated  Objection to Section 523 Due: 7/20/2026.

_____

Notes/Decision:


COURT – PLAN IS CONFIRMED.


_____

Courtroom Deputy:  Joanie Cook
ECRO Reporter:  Toni Brady