**Form odefo**  (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20600                              Chapter:  13

In re:

Mark Eugene Paul Sr                                 Reba Simone Paul
1801 E Stratford Rd                                 1801 E Stratford Rd
Olathe, KS 66062                                    Olathe, KS 66062

SSN: xxx–xx–5083                                    SSN: xxx–xx–5401

| Filed and Entered By The Court |
| --- |
| **7/1/26** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

The following document was filed in this matter and is defective for the following reason(s):

*Doc. 22* – Motion for Relief from Stay . Fee Amount $199, Filed on behalf of Creditor Cherry Park Properties, LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit), with Certificate of Service.(Vokins, Tai)

**This needs to be noticed with objection deadline. (bankruptcy –notice–objection deadline) include the objection date and proposed hearing date.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 23 – 22                                    s/  Robert D. Berger
                                                    Judge, United States Bankruptcy Court